UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATASHIA FAY MCCANTS, )
          Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:16-CV-12-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
          Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R and overrules the objections. Plaintiff's objections to the M&R [D.E. 25] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 19] is DENIED, defendant's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on March 14, 2017, and Copies To:**
Natashia Fay McCants     (Sent to 3923 Crusader Drive Hope Mills, NC 28348 via US Mail)

Wanda Mason     (via CM/ECF electronic notification)

DATE:     PETER A. MOORE, JR., CLERK
March 14, 2017     (By) /s/ Nicole Briggeman
    Deputy Clerk